STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FAYE WASSERMAN, DEFENDANT-APPELLANT.

Argued March 5, 1963—Decided March 18, 1963.

*Mr. Gerold Kanengiser* argued the cause for the defendant-appellant.

*Mr. William A. O'Brien* argued the cause for the plaintiff-respondent (*Mr. Frank A. Verga,* attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Lewis in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.